UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 18-00693-JVS-MAA**                                Date:  **July 10, 2018**

Title     **Timothy Watts v. H. Aly, *et al.***

Present: The Honorable:    MARIA A. AUDERO, U.S. Magistrate Judge

|         Mel Zavala          |         N/A                  |
|-----------------------------|------------------------------|
|        Deputy Clerk         |   Court Reporter / Recorder  |

Attorneys Present for Petitioner:                Attorneys Present for Respondent:
N/A                                              N/A

**Proceedings (In Chambers):**     **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On March 9, 2018, Magistrate Judge Sheri Pym issued an Order Dismissing Complaint with Leave to Amend. (ECF No. 8.) Judge Pym ordered that Plaintiff may file a First Amended Complaint no later than June 25, 2018. (*Id.* at 8-9.) Judge Pym also cautioned Plaintiff that failure to comply with the Order "may result in a recommendation that this action, or portions thereof, be dismissed." (*Id.* at 9.) On June 11, 2018, the Court transferred this case to the calendar of Magistrate Judge Maria A. Audero. (ECF No. 10.)

To date, Plaintiff has filed neither a First Amended Complaint nor a notice of voluntary dismissal of the action. (A Notice of Dismissal form is attached to this Order.) Plaintiff is **ORDERED TO SHOW CAUSE** by **July 24, 2018** why the Court should not recommend that the case be dismissed without prejudice for want of prosecution. C.D. Cal. L.R. 41-1. If Plaintiff files a First Amended Complaint or a Notice of Dismissal on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

It is so ordered.

                                                                                  :
                                                        **Initials of Preparer**      mz