UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:18-cv-00693-JVS (MAA)** | Date: **December 19, 2018** |
| Title **Timothy Watts v. H. Aly, *et al.*** | |

Present: The Honorable: MARIA A. AUDERO, U.S. Magistrate Judge

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution

     On May 25, 2018, Magistrate Judge Sheri Pym issued an Order Dismissing Complaint with Leave to Amend. (ECF No. 8.) Judge Pym ordered that if Plaintiff Timothy Watts ("Plaintiff") intended to pursue this matter, he was required to file a First Amended Complaint by June 25, 2018. (*Id.* at 8.) Judge Pym cautioned Plaintiff that "**failure to timely comply with [the] Order may result in a recommendation that this action, or portions thereof, be dismissed**." (*Id.* at 9.) On June 11, 2018, the Court transferred this case to the calendar of Magistrate Judge Maria A. Audero. (ECF No. 10.)

     On July 10, 2018, the Court issued an Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution. (ECF No. 13.)

     On July 26, 2018, Plaintiff filed a Motion for Extension of Time, requesting an extension of one hundred twenty days to receive legal documents and to file a First Amended Complaint. ("Motion," ECF No. 14.) The Court granted Plaintiff's Motion on August 6, 2018, extending Plaintiff's deadline to file a First Amended Complaint by one hundred twenty days, *i.e.*, December 6, 2018. (ECF No. 15.)

     To date, Plaintiff has filed neither a First Amended Complaint nor a notice of voluntary dismissal of the action. (A Notice of Dismissal form is attached to this order.) Plaintiff is **ORDERED TO SHOW CAUSE** by **January 18, 2019** why the Court should not recommend that the case be dismissed for want of prosecution. C.D. Cal. L.R. 41-1. If Plaintiff files a First Amended Complaint

or a Notice of Dismissal on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

Attachment:
Form Dismissal

                                                                **Initials of Preparer**        cw